1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   MICHAEL P. JETTE
3  Assistant U.S. Attorney
   Arizona State Bar #021843
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: Michael.Jette@usdoj.gov
   Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 18-167-CKJ(BGM)

| United States of America, | No. 18-wi-00009-01-CKJ (BGM) |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violation: 18 U.S.C. § 1344 |
| Seth Nichols, | (Bank Fraud) |
| Defendant. | (Felony) |

THE UNITED STATES ATTORNEY ALLEGES:

Between on or about June 1, 2013 and on or about August 4, 2017, at or near Tucson, in the District of Arizona, the defendant, SETH NICHOLS, with the intent to defraud, did knowingly execute a scheme and artifice to defraud Marana Stockyard & Livestock Market, Inc. and Wells Fargo, a federally insured financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Marana Stockyard & Livestock Market, Inc. and Wells Fargo, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by providing false P/L statements, false balance sheets, false income statements, false borrowing base calculations, and false bank statements, drawn on the Wells Fargo checking account of Marana Stockyard & Livestock Market, Inc. made payable to Nichols Cattle Co., LLC, in the amount of nearly $2M, when the defendant then well knew Nichols Cattle Co. was not authorized to receive, in violation

of Title 18, United States Code, Section 1344.

                                              ELIZABETH A. STRANGE
                                              First Assistant United States Attorney
                                              District of Arizona

2-5-18
Date

                                              MICHAEL P. JETTE
                                              Assistant U.S. Attorney